IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3220 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| WILLIAM D. LAMB, | ) | |
| | ) | |
| Defendant. | ) | |

I am advised that the Court of Appeals has vacated the defendant's sentence in light of United States v. Booker and remanded this case for resentencing. Therefore,

IT IS ORDERED that Defendant Lamb will be sentenced again on Tuesday, March 14, 2006, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska. The defendant shall be present. My chambers shall notify the United States Marshals Service of this order.

February 16, 2006.              BY THE COURT:

                                s/ *Richard G. Kopf*
                                United States District Judge