IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3220 |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| WILLIAM D. LAMB, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that judgment is entered for the United States of America and against William D. Lamb providing that Lamb's § 2255 motion is denied and dismissed with prejudice and Lamb shall take nothing.

September 24, 2008.              BY THE COURT:

                                 *s/Richard G. Kopf*
                                 United States District Judge