IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:02CR3220 |
| v. | ) | |
| WILLIAM D. LAMB, | ) | ORDER |
| Defendant. | ) | |

Pursuant to General Order No. 2014-08 (filing no. 151), and the pro se motion (filing no. 150) seeking a sentence reduction pursuant to Amendment 782,

IT IS ORDERED that:

(1) David Stickman, the Federal Public Defender, and Kelly Nelson, a supervisory United States Probation Officer, are herewith notified of the filing of such motion.

(2) If appropriate, the Federal Public Defender shall file a motion on behalf of Mr. Lamb no later February 3, 2017, or advise the undersigned of the reasons why such a motion would be inappropriate.[1]

(3) The Clerk of Court shall mail a copy of this order to Mr. Lamb at his last known address, and provide a copy of this order to Mr. Stickman and Mr. Nelson.

DATED this 3rd day of January, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge

---

[1] Relying upon a copy of part of a government filing with the Court of Appeals where he sought leave to file a successive § 2255 motion, Mr. Lamb contends that he was not considered a career offender and therefore is not categorically prohibited from seeking relief under Amendment 782 despite the fact that his criminal history category is VI.