IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:02CR3220 |
| v. | ) | |
| WILLIAM D. LAMB, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that Defendant's Motion to Appoint Counsel (filing no. 164) is denied.

DATED this 17th day of July, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge