IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>WILLIAM D. LAMB,<br><br>              Defendant. | **4:02CR3220**<br><br>**ORDER** |

IT IS ORDERED that Defendant's Motion for Copies (Filing 168) is denied.

Dated this 11th day of August, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge