IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:02CR3220 |
| vs. | |
| WILLIAM D. LAMB, | ORDER |
| Defendant. | |

IT IS ORDERED that Plaintiff shall respond to Defendant's motion (Filing 172) on or before February 22, 2022.

Dated this 20th day of January, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge