IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **4:02CR3220** |
| vs. | | |
| WILLIAM D. LAMB, | | **ORDER** |
| Defendant. | | |

IT IS ORDERED that Plaintiff's Motion for Extension of Time to File Response (Filing 175) is granted. Plaintiff's Response to Defendant's Motion (Filing 172) shall be filed on or before March 18, 2022.

Dated this 23rd day of February, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge