IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>WILLIAM D. LAMB,<br><br>                    Defendant. | **4:02CR3220**<br><br><br>**MEMORANDUM AND ORDER** |

The defendant has filed a motion in the form of a letter. (Filing 172.) If he intended the letter as a motion, it will be denied.

The government has filed a motion to restrict documents and a brief in support. (Filing 178, Filing 179, Filing 180). Simply stated, the Bureau of Prisons (BOP) is authorized to designate the place of a prisoner's imprisonment and it is absolutely clear that the defendant should not be released to a residential reentry center. The government has considered the request of the defendant "in good faith." (*See e.g. Miller v. Whitehead*, 527 F.3d 752, 758 (8th Cir. 2008).) The BOP has evidence of observations of anger, hostility, anti-social behavior and disruptive conduct, including the use of drugs or alcohol, which make him ineligible for placement in a residential reentry center. I agree.

IT IS THEREFORE ORDERED that:

(1)     The defendant's letter treated as a motion (Filing 172) is denied.
(2)     The government's motion to restrict (Filing 179) is granted.

Dated this 21st day of March, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge